1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2

3  E-FILING

FILED

'08 MAR 24  P 3: 19

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

4

5

6

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  SAN JOSE DIVISION

11

12  UNITED STATES OF AMERICA,      **CR-08 00187**

13      Plaintiff,                 )
                                   )  VIOLATION: 8 U.S.C. § 1326 –
14      v.                         )  Illegal Re-Entry Following Deportation
                                   )
15  STEVEN ESTRADA-MARTINEZ,       )
                                   )  SAN JOSE VENUE
16      Defendant.                 )
                                   )
17  _____)

18                      I N F O R M A T I O N

19  The United States charges:

20      On or about June 21, 2007, the defendant

21                  STEVEN ESTRADA-MARTINEZ,

22  an alien, previously having been arrested and deported from the United States on or about

23  September 2, 2006, was found in the Northern District of California, the Attorney General of the

24  United States and the Secretary for Homeland Security not having expressly consented to a re-

25  application by the defendant for admission into the United States, in violation

26  //

27  //

28

PLEA AGREEMENT
CR CASE #

1    of Title 8, United States Code, Section 1326.

2    DATED: 3/12/08                    JOSEPH P. RUSSONIELLO
                                       United States Attorney
3

4

5                                      DAVID R. CALLAWAY
                                       Deputy Chief, San Jose Office
6

7    (Approved as to form:                          )
                        AUSA SCHENK
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLEA AGREEMENT
CR CASE #                              2

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

8 U.S.C. Section 1326 -
ILLEGAL REENTRY

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

*E-FILING*

PENALTY:

20 years imprisonment
$250,000 fine
3 years Supervised Release
$100 special assessment

DEFENDANT - U.S.

▶ STEVEN ESTRADA-MARTINEZ

DISTRICT COURT NUMBER
NO. DIST. OF CA. S.J.

**JW**

**CR-08 00187**

**PVT**

### DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
IMMIGRATION AND CUSTOMS ENFORCEMENT

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW
DOCKET NO.

MAGISTRATE
CASE NO.

08-70136 RS

Name and Office of Person
Furnishing Information on
THIS FORM

**JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    JEFFREY B. SCHENK

**IS IN CUSTODY**
4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
} ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No
} If "Yes" give date filed _____
Month/Day/Year

**DATE OF ARREST** ▶ _____  Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ _____  Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments: _____