AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

Steven Estrada-Martinez

**WAIVER OF INDICTMENT**

CASE NUMBER: 08-00187 JW

I, Steven Estrada-Martinez, the above named defendant, who is accused of

8 U.S.C. § 1326, Illegal reentry

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3/27/08 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED

MAR 27 2008

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer