UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

**Judge:** James Ware  
**Date:** 4/28/2008  
**Case No.:** CR-08-0187 JW  
**Related Case No.:** N/A  

**Courtroom Deputy:** Elizabeth Garcia  
**Court Reporter:** Summer Clanton  
**U.S. Probation Officer:** N/A  
**Interpreter:** N/A  

## TITLE

U.S.A. v. Steven Estrada-Martinez ( C)

**Attorney(s) for Plaintiff(s):** Jeff Schenk  
**Attorney(s) for Defendant(s):** Lara Vinnard  

## PROCEEDINGS

Status/Trial Setting

## ORDER AFTER HEARING

Hearing Held. Defendant Estrada-Martinez present and in custody for proceedings. This is the Defendant's initial appearance before this Court. The Court continued this matter to May 19, 2008 at 1:30 PM for Setting/Disposition. Time is excluded from April 28, 2008 through may 19, 2008 for the parties efforts to disclose and review discovery and resolve this matter short of trial.

**Last Date for Trial:** June 5, 2008

*Elizabeth C. Garcia*  
Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-filed**  
CC: