# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

## CRIMINAL MINUTES

**Judge: James Ware**                    **Courtroom Deputy: Elizabeth Garcia**
**Date:  5/19/2008**                     **Court Reporter: Jana Ridenour**
**Case No.: CR-08-0187 JW**              **U.S. Probation Officer: N/A**
**Related Case No.: N/A**                **Interpreter:   N/A**

## TITLE

**U.S.A. v. Steven Estrada-Martinez ( C)**

**Attorney(s) for Plaintiff(s): Jeff Schenk**
**Attorney(s) for Defendant(s): Lara Vinnard**

## PROCEEDINGS

**Status Hearing re Setting/Disposition**

## ORDER AFTER HEARING

**Hearing Held.  Defendant present and in custody for proceedings. The Court continued this to June 9, 2008 at 1:30 PM for Setting/Disposition.  The Court excluded time from May 19, 2008 through June 9, 2008 to accommodate the need to review additional discovery.**

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: