1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant ESTRADA-MARTINEZ

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                             SAN JOSE DIVISION
10

11 UNITED STATES OF AMERICA,           )   No. CR 08-00187 JW
                                        )
12              Plaintiff,              )   **STIPULATION TO CONTINUE**
                                        )   **SENTENCING HEARING;**
13 v.                                   )   **[PROPOSED] ORDER**
                                        )
14 ALEJANDRO ESTRADA-MARTINEZ,          )
   aka Steven Estrada-Martinez,         )
15                                      )
                Defendant.              )
16 _____

17      Defendant and the government, through their respective counsel, hereby stipulate that,

18 subject to the court's approval, the sentencing hearing in the above-captioned matter, presently

19 scheduled for Monday, June 23, 2008, be continued to Monday, July 7, 2008, at 1:30 p.m.  The

20 continuance is requested because the defense is still working to obtain the transcript of Mr.

21 Estrada's guilty plea in the state matter that has resulted in an enhancement in his offense level.

22 Initially, the defense obtained the wrong transcript, and now, the defense has learned that the

23 court reporter who prepared the correct transcript was a temporary employee, and the Superior

24 Court is still attempting to locate her.  To allow time for this process, the defense requests that

25 the hearing be moved from June 23, 2008, July 7, 2008.

26 ///

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 08-00187 JW                          1

The parties further agree that no exclusion of time is necessary because Mr. Estrada-Martinez has already pled guilty pursuant to a binding plea agreement.

Dated:     6/18/08                    _____/s/_____
                                      LARA S. VINNARD
                                      Assistant Federal Public Defender

Dated:     6/18/08                    _____/s/_____
                                      JEFFREY SCHENK
                                      Assistant United States Attorney

## ORDER

The parties have jointly requested a continuance of the sentencing hearing set for June 23, 2008, to allow additional time for the defense to obtain the transcript from the defendant's guilty plea in a relevant state case.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing hearing date presently set for Monday, June 23, 2008, be continued to Monday, July 7, 2008, at 1:30 p.m.

No exclusion of time is necessary because the defendant has already entered a guilty plea.

Dated:                                _____
                                      JAMES WARE
                                      United States District Judge