UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** June 9, 2008 | **Court Reporter:** Summer Clanton |
| **Case No.:** CR-08-0187 JW | **U.S. Probation Officer:** N/A |
| **Related Case No.:** N/A | **Interpreter:** N/A |

## TITLE

U.S.A. v. Alejandro Estrada-Martinez (Steven Estrada-Martinez)( C)

**Attorney(s) for Plaintiff(s):** Jeff Schenk
**Attorney(s) for Defendant(s):** Lara Vinnard

## PROCEEDINGS

1. Disposition Hearing

## ORDER AFTER HEARING

Hearing Held. Defendant Estrada-Martinez present and in custody for proceedings.

The Defendant entered his true name as Alejandro Estrada-Martinez. The Defendant entered a guilty plea as to Count One of the Information. A plea agreement was executed in open court. The Defendant waived referral to the Probation Office for preparation of a presentence investgation report. The Court stayed sentencing for two weeks. The Court set a date of Judgment and Sentencing on June 23, 2008 at 1:30 PM.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **C.Escolano/E-filed**