UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CRIMINAL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** July 7, 2008 | **Court Reporter:** Summer Clanton |
| **Case No.:** CR-08-0187 JW | **U.S. Probation Officer:** N/A |
| **Related Case No.:** N/A | **Interpreter:** N/A |

### TITLE

U.S.A. v. Alejandro Estrada-Martinez (C)

**Attorney(s) for Plaintiff(s):** Jeff Schenk
**Attorney(s) for Defendant(s):** Lara Vinnard

### PROCEEDINGS

Status Hearing re Setting/Disposition (Fast Track)

### ORDER AFTER HEARING

Hearing Held. Defendant present and in custody for proceedings. The Court continued this matter to September 8, 2008 at 1:30 PM for Judgment and Sentencing. The Court excluded time from July 7, 2008 through September 8, 2008 for efforts to obtain state court transcript for review re enhancement of offense level.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-filed**
CC: